IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RE: BRADLEY N. BREWER,             CHAPTER 13
                                                              CASE NO. 07-30096-DHW-13
       DEBTOR.

## ORDER CONDITIONALLY DENYING
## MOTION FOR RELIEF FROM STAY

This matter coming on to be heard on the Motion of CHASE HOME FINANCE, LLC F/K/A CHASE MANHATTAN MORTGAGE CORPORATION, for Relief from Stay and the Court being informed that the Debtor, the Debtor's attorney, the Trustee, and the Movant or attorney for the Movant have reached an agreement, it is therefore, ORDERED as follows:

1. The post-petition arrearage of $6,293.30 owed the Movant through April 2008, which consists $5,518.30 in post-petition arrearage and $775.00 in attorney fees and costs, shall be added to the Plan by amendment and shall be paid by the Trustee upon the filing of a proper claim.

2. All future payments should be made through the Trustee beginning with the payment due May 2008, and shall make all future payments in accordance with the terms of the Note and Mortgage.

3. Debtor's plan payments shall increase to $1,242.00 each two weeks. Chase Home Finance, LLC f/k/a Chase Manhattan Mortgage Corporation shall receive a fixed payment of $150.00 per month.

4. In the event Movant does not receive any future payment in accordance with the terms of the Note and Mortgage, the Movant shall give the Debtor and Debtor's attorney a 20 day notice, and an opportunity to cure the arrearage and bring the account current within said 20 days, or the stay will be automatically lifted and Movant will proceed to foreclose its mortgage secured by the property located at 1031 Pinedale Road, Clanton, Alabama 35045. Movant shall send said notice. Upon the default of the Debtor to timely remit the regular payments referenced above, then the automatic stay shall be terminated and Movant is authorized to immediately foreclose its mortgage without further Order of this Court. In the event the stay lifts, Movant may proceed to foreclose its mortgage secured by the property as described therein (more particularly described below).

Parcel One: A lot or parcel of land lying and being situated in the SW 114 of the NW 1/4, Section 30, Township 22 North, Range 1 S East, Chilton County, Alabama, described as follows: From the Northwest corner of the said quarter-quarter section, run East along the quarter-quarter line for 486.6 feet to the point of beginning of subject parcel of land; from said point of beginning thus established, continue to run said course for 158.2 feet to a point; run thence South 18 degrees 11 minutes East for 176.1 feet to a point on the Northerly right of way line of the Pinedale paved public road; run thence in a Southwesterly direction along said line of said road and along a curve concave to the left for 167.7 feet; thence run North 18

degrees, 11 minutes West for 294.3 feet back to the point of beginning, and containing 0.83 (831100) of an acre, more or less. Also, commence at the Northwest corner of the Southwest Quarter of the Northwest Quarter of Section 30, Township 22 North, Range 15 East, Chilton County, Alabama. Thence South 88 degrees, 41 minutes, 03 seconds East, 370.37 feet to the Point of Beginning and a 518" rebar, thence continue South 88 degrees, 41 minutes, 03 seconds East, 116.35 feet to a 318" rebar, thence South 17 degrees, 14 minutes, 21 seconds East 289.81 feet to the west right-of-way of Pinedale Road and a 5/8" rebar, thence Southwesterly along said right-of-way line having a curve to the left with a radius of 1558.37 feet, Delta Angle 0 degrees, 48 minutes, 13 seconds, Arc Length 21.86 feet and a chord bearing and distance of South 47 degrees, 27 minutes, 59 seconds West 21.85 feet to a 5/8" rebar, thence leaving said right-of-way North 32 degrees, 20 minutes, 02 seconds West 348.79 feet back to the Point of Beginning. Lying and being situated in the Southwest Quarter, of the Northwest Quarter of Section 30, Township 22 North, Range 15 East, Chilton County, Alabama. Containing (0.45) acres, more or less.
Parcel Two: From the NW comer of the SW1/4-NE1/4, Section 30, Township 22-North, Range 15-East, Chilton County, Alabama, run a tie line along the north 1/4-1/4 line S-88°41'03"E 370.37 feet to the beginning point of the lot here to be described; from said point run S-32°20'20"E 110.136 feet; thence S-85°22'24"W 29.785 feet; thence N-65°25'32"W 49.719 feet; thence N-12°04'27"E 76.477 feet, back to the beginning point, containing 0.076 acres, more of less.

5. Movant may also contact the Debtor in an effort to negotiate forbearance terms or work out a solution to allow the Debtor herein to avoid foreclosure. However, nothing in this Order shall be construed to re-impose the automatic stay in this case once the same has been lifted by operation of law or the terms of this Order. All communications including, but not limited to, notices required by state law sent by Creditors in connection with proceeding against the property may be sent directly to the Debtor.

Done this 21st day of April, 2008.

/s/ Dwight H. Williams, Jr.
U. S. Bankruptcy Judge

This Order prepared by: Steven J. Shaw